IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCUS TANNER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:15cv75-HSO-JCG** |
| | § | |
| **PFIZER, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss [7] filed by Defendant Pfizer, Inc.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of October, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE